# SCHEDULE B - PERSONAL PROPERTY  AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With- Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash** | - | $650.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Banner Bank** | H | $100.00 |
| | | **Union Bank Seattle** | H | $700.00 |
| | | **Union Bank PD** | H | $500.00 |
| | | **Union Bank PD** | H | $101,800.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods - - Indian Wells, CA** | H | $12,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Gorman Lithos - Indian Wells, CA and Kirkland, WA** | H | $4,000.00 |
| | | **Bronzes - Indian Wells, CA** | H | $10,000.00 |
| | | **Glass Pieces - Indian Wells, CA** | H | $2,500.00 |
| | | **Chihuly minatures - Indian Wells, CA** | H | $5,000.00 |
| | | **Other art - Indian Wells, CA** | - | $3,000.00 |
| | | **Piano - Indian Wells, CA** | H | $3,500.00 |

In re  **Terrance L Cosgrove**                              Case No. _____
          Debtor                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With- Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 60 cases of wine - Seattle Wine Storage, and Kirkland, WA | - | $10,000.00 |
| | | 15 cases of wine - Indian Wells, CA | - | $4,000.00 |
| 6. Wearing apparel. | | **Wearing apparel** | H | $7,500.00 |
| 7. Furs and jewelry. | | **Two silver watches, two wedding bands, cufflinks** | H | $1,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **golf clubs, tools, sports equipment** | H | $5,000.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **20% Units - 620 Building Associates LLC**<br>**100% shares - FMS Inc.**<br>**5% Units - Holmes Harbor Partners LLC**<br>**50% Mooreco**<br>**50% Units - NBS Management LLC**<br>**7% - Units North Barents Sea Fisheries Group LLC**<br>**50% Shares - Alaskan Beauty Fisheries, Inc**<br>**50% Shares - Otter Bay Fisheries Inc**<br>**13% interest - SBC Partnership**<br>**50% Shares -Seawolf Fisheries Inc**<br>**33% Shares -SS Seafoods Inc**<br>**100% interest -T&T Leasing**<br>**100% Shares -TLC Fisheries Inc**<br>**21.14% Shares -Ocean Olympic Fisheries Inc** | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

In re  **Terrance L Cosgrove**                                    Case No. _____
        Debtor                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With- Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Note Receivable - Haletchevs** | - | $36,000.00 |
| | | **Note Receivable - Jack Sikma** | - | $50,000.00 |
| | | **Note Receivable - Alaskan Beauty** | - | $462,500.00 |
| | | **Note Receivable - North Barents Sea Fisheries, Group** | - | $62,500.00 |
| | | **Note Receivable - Me On El Paseo** | - | $40,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims against Kim Hansen and North Barents Sea Fisheries, Group, LLC. Setoff rights against claims by ISP Trading, LLC due to ownership interest in ISP Trading, LLC.** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

In re  **Terrance L Cosgrove**                                                     Case No. _____
           Debtor                                                                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Cayenne** | - | $56,000.00 |
| | | **2002 36' Western RV** | - | $70,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment** | - | $1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Sonoma Golf Club membership** | - | Unknown |
| | | **Desert Horizons CC** | - | Unknown |
| | | **2 week Timeshare Cabo (Monte Christo)** | - | Unknown |
| | | | Total > | $949,750.00 |

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

Case 10-21304-KAO    Doc 43    Filed 11/01/10    Ent. 11/01/10 15:38:54    Pg. 4 of 4