The Honorable Karen A. Overstreet
Chapter 11
EX PARTE

Diana K. Carey
Daniel J. Bugbee
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, WA 98101
(206) 223-1313
Attorneys for ISP Trading, LLC

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re )
) Case No. 10-21304 KAO
TERRANCE L. COSGROVE, )
) ORDER DENYING ISP MOTION TO SHORTEN TIME
Debtor. )
)
)
)
)
_____ )

THIS MATTER came before the Court on the ex parte motion of creditor ISP Trading, LLC ("ISP Trading") to shorten time for the hearing of its motion to appoint a chapter 11 trustee. The Court considered the record herein, the motion and supporting declarations, and the objection filed by the debtor; the Court finding that shortening the time for hearing is not appropriate as it will not provide a sufficient opportunity for a response and presentation of the issues;

NOW, therefore,

EX PARTE MOTION FOR ORDER SHORTENING TIME - 1
#780457 v1 / 40575-001

1     IT IS ORDERED that ISP Trading's motion to appoint a chapter 11 trustee shall be
noted for hearing on full notice to interested parties pursuant to the Local Rules of the Court.

DATED this ____ day of _____, 2010.

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

KARR TUTTLE CAMPBELL PS

By: *Diana K Carey*
Diana K. Carey, WSBA #16239
Daniel J. Bugbee, WSBA #42412
Attorneys for ISP Trading, LLC

EX PARTE MOTION FOR ORDER SHORTENING TIME - 2
#780457 v1 / 40575-001