# DISBURSEMENT REPORT FOR CONFIRMED CASE
Required Monthly Until the Entry of a Final Decree

Case No. **10-21304**  Date of Confirmation **10-19-11**

Debtor **TERRY COSGROVE**  Effective Date **10-16-11**

Month ending on * **NOVEMBER 30, 2011**  of year **2011**

☐ FINAL REPORT  Date of Final Decree _____
FOR FINAL REPORTS ONLY: Use the final decree date as the ending date of the report. Disbursement calculations should exclude all payments made after the date of entry of the final decree.

## SECTION 1: CONFIRMED PLAN QUESTIONNAIRE

| | Yes | No |
|---|---|---|
| **A) Ordinary course payments.** Did the debtor make payments in the ordinary course during this reporting period? | ☒ | ☐ |
| **Plan payments.** Did the debtor make payments pursuant to a confirmed plan of reorganization during this reporting period? | ☐ | ☒ |
| *If "Yes" to either question*, complete a UST-31 CONTINUATION SHEET (see enclosed form and instructions) for each bank account or other source of funds for making the payments. Report the total of these disbursements on Line 1 of the next page. | | |
| **B) Payments by another party for the debtor.** Did the debtor's counsel, trustee, or plan administrator (if appointed), or another party make disbursements on behalf of the debtor during this reporting period, including, but not limited to, payments to professionals for court approved fees and costs? | ☒ | ☐ |
| *If yes*, complete a UST-31 CONTINUATION SHEET for each account used by the outside party to make disbursements for the debtor. Report the total of these disbursements on Line 2 of the next page. | | |
| **C) Asset Sales or Refinancing.** Did the debtor* sell or refinance any real property or other assets during this reporting period? (*including any plan agent or liquidating agent). | ☐ | ☒ |

If yes, describe below the property(ies) sold and attach a closing statement or other required documents (see instructions to UST-31 on the 3rd page of this package). Report the total of these disbursements on Line 3 of the next page.

| Closing Date | Asset # or Description | Gross Sales Price | Debt Payoffs | Net Proceeds Received by Debtor | Closing Statement Attached? (Y/N) |
|---|---|---|---|---|---|
| | | | | | |
| | Total | | | | |

*If there is not sufficient room here, attach additional pages as needed*

Disbursement Report For Confirmed Case (UST-30)  
United States Trustee - Western District of Washington  
Page 1 of 2  
(January 2011)

Case 10-21304-KAO    Doc 171    Filed 12/05/11    Ent. 12/05/11 15:18:14    Pg. 1 of 9

Debtor: TERRY COSGROVE
Case Number: 10-21304
Month Ending: NOVEMBER 30, 2011

**D) Post-confirmation reports required by Local Rule 2015-2(c)**. The court requires a debtor to file a report on the progress of its plan at least once **every three months*** (quarterly).

Q. Is the debtor current on its obligation to file post-confirmation quarterly reports under the Local Rule? (If this case was confirmed less than 3 months ago and this reporting period ends before the end of the calendar quarter, answer **yes**).  
[X] Yes [ ] No

**Post-Confirmation Reports** filed under **Local Rule 2015-2(c)** must contain the following information:
- A summary, by class, of amounts distributed or property transferred under the plan to each recipient
- An explanation of the failure to make any required distributions or transfers of property under the plan
- Debtor's projections as to its continuing ability to comply with terms of the plan
- A report of any pending or anticipated litigation
- A description of any material factors that may affect the debtor's ability to consummate the plan
- An estimated date of when an application for final decree will be filed with the court

**The UST suggests that 2015-2(c) Post-Confirmation Reports be filed with the Court at the end of each *calendar quarter.***

THIS MONTHLY REPORT (UST-30) IS **NOT** A SUBSTITUTE FOR THE QUARTERLY REPORT REQUIRED BY THE LOCAL RULE [THERE IS NO UST "FORM" FOR THAT REPORT]. The above summary of the Local Rule is for your convenience only. For further help, please read the local rule and/or consult your attorney.

**E) UST Fees.** At the end of this reporting period, does the debtor owe any *delinquent* fees to the United States Trustee? (See attached schedule for fee calculation, payment deadlines, and mailing address.)  
[X] Yes [ ] No

If **yes**, list the quarter(s) _3rd Qtr_ and amount(s) due _650—_

Failure to pay statutory U.S. Trustee fees timely is cause for **conversion or dismissal of the case**. Please contact the UST Analyst assigned to your case if you are not receiving invoices or have questions about the amount(s) billed.

## SECTION 2: DISBURSEMENT SUMMARY
*Before completing this section, read "INSTRUCTIONS & REQUIRED DOCUMENTATION" on UST-31 (next page)*

1. Disbursements made by the debtor in the ordinary course *and* pursuant to a confirmed plan of reorganization (from UST-31 Continuation Sheet(s)) — **25,665.09**
2. Disbursements made by another party on behalf of the debtor (from UST-31 Continuation Sheet(s)) — **1,270.00**
3. Disbursements resulting from sale or refinance of the debtor's assets Attach required documentation (see instructions on UST-31 (next page)) — **—0—**

**TOTAL DISBURSEMENTS FROM ALL SOURCES** (sum of lines 1-3) — **$26,935.09**

## DEBTOR'S CERTIFICATION
I certify under penalty of perjury that to the best of my knowledge the disbursement information provided for this reporting period is complete, true, and accurate.

Debtor's Signature: _Cosgrove_  Date: 12-5-11

The debtor, the trustee or plan administrator (if any), must sign this disbursement report. Only an officer or director has authority to sign a report for a corporate debtor and only a general partner has authority to sign a report for a partnership debtor.

---

*AUTHORITY: The debtor is responsible for providing accurate disbursement information for purposes of calculating statutory fees owing to the United States Trustee pursuant to 28 U.S.C. § 1930 (a)(6). The term "disbursements" includes **all payments made both in the ordinary course and pursuant to the debtor's confirmed plan of reorganization**. It also includes distributions resulting from a sale or refinance of the debtor's assets and any payments made on behalf of the debtor by another party.*

Disbursement Report For Confirmed Case (UST-30)
United States Trustee - Western District of Washington
Page 2 of 2
(January 2011)

Case 10-21304-KAO   Doc 171   Filed 12/05/11   Ent. 12/05/11 15:18:14   Pg. 2 of 9

| STATUTORY FEE SCHEDULE | | |
|---|---|---|
| If the debtor's disbursements for the calendar quarter are within these amounts... | | Then the quarterly fee due is... |
| From | To | |
| -0- | $14,999.99 | $325 |
| $15,000 | $74,999.99 | $650 |
| $75,000 | $149,999.99 | $975 |
| $150,000 | $224,999.99 | $1,625 |
| $225,000 | $299,999.99 | $1,950 |
| $300,000 | $999,999.99 | $4,875 |
| $1,000,000 | $1,999,999.99 | $6,500 |
| $2,000,000 | $2,999,999.99 | $9,750 |
| $3,000,000 | $4,999,999.99 | $10,400 |
| $5,000,000 | $14,999,999.99 | $13,000 |
| $15,000,000 | $29,999,999.99 | $20,000 |
| $30,000,000 or more | | $30,000 |

| Make check payable to: **United States Trustee** Mail quarterly fee payments to: **US Trustee Program Payment Center PO Box 530202 Atlanta, GA 30353-0202** | For calendar quarter ending... | A fee payment is due on... |
|---|---|---|
| | March 31 | April 30 |
| | June 30 | July 31 |
| | September 30 | October 31 |
| | December 31 | January 31 |

Send your payment and quarterly fee payment stub *ONLY*. Any disbursement stubs, monthly operating reports, correspondence, court notices, etc., sent to the lockbox *will be destroyed*.

### *** NOTICE OF INTEREST ASSESSMENT ***

Pursuant to 31 U.S.C. §3717, the United States Trustee Program will begin assessing interest on unpaid Chapter 11 quarterly fees charged in accordance with 28 U.S.C. §1930(a) effective October 1, 2007. The interest rate assessed is the rate in effect as determined by the Treasury Department at the time your account becomes past due.

| | | |
|---|---|---|
| Debtor | TERRY COSGROVE | Case Number ⇨ 10-21304 |
| | | Month Ending ⇨ NOVEMBER, 2011 |

## UST-31, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS & REQUIRED DOCUMENTATION**
Answer all questions on Pages 1 and 2 of Form UST-30. Attach a completed **UST-31 CONTINUATION SHEET** (this page) for each bank account or other source of disbursements (i.e. trust accounts of attorneys or disbursing agents). Attach to each continuation sheet all relevant supporting documentation including **bank statements** and disbursement detail (listing the date, amount, and payee of each disbursement). Do not include *transfers* between accounts.

Also, if real property was sold, attach a **closing or settlement statement** or a similar **report of sale** (i.e. from an auctioneer) detailing the date, gross sale proceeds, and all expenses of the sale (sales commissions, taxes & fees), payoffs to creditors (both unsecured and secured), and finally, the amount of any remaining funds or net sales proceeds received by the debtor. Include similar documents for sales of other types of assets made outside the ordinary course. If the sole source of disbursements for this reporting period was through escrow or auction, statements of those transactions may be included with this report in lieu of UST-31 CONTINUATION SHEETs.

Depository (bank) name ⇨ UNION BANK
Account number ⇨ xxxx 9419

1.) Account Holder (select one)
   ☒ Debtor (or Debtor's Subsidiary/Affiliate)
   ☐ Attorney or Disbursing Agent

2.) Identification or purpose of this account (select one):
   ☐ Business account
   ☐ Trust account
   ☒ Personal account (individual or joint case only)
   ☐ Other account (identify)

3.) Account Summary:

| | | |
|---|---|---|
| Beginning cash balance | a. | 6.87 |
| Add: *Transfers in* from other debtor account(s) | b. | $300— |
| Deposits to this account | c. | |
| Total cash available this month | d. | |
| Subtract: *Transfers out* to other debtor account(s) | e. | ~~$300~~ @ |
| **Disbursements** from this account (sum of checks written plus cash withdrawals, if any) | f. | 296.47 |
| Adjustments, if any (explain) | g. | |
| Ending cash balance | h. | $10.40 |

4.) Does this CONTINUATION SHEET include:                                      Yes   No

· Monthly bank statement(s) or trust account ledger(s)?                         X

· A detailed list of disbursements (e.g., check register or disbursement journal)?

UST-31 CONTINUATION SHEET, Number _____ of _____

## ACCOUNT DETAIL

**Account Activity** | **Search**

**Recent Account Activity for** Regular Checkin-9419
Ledger Balance as of 12/02/2011     $10.40
Available Balance                   $10.40

**Quick Links**
- Change account nickname
- Print this page
- Turn on full account numbers
- View Overdraft Coverage balance for your account

Tip: For account details over 18 months, view online statements

→ Download account history

**Select Period** Last 30 Days    **Show by** Category    Save this view

### Additions

| Date | Transactions | Memo | Withdrawal | Deposit | |
|---|---|---|---|---|---|
| 11/23/2011 | CHECKING TRANSFER 111123 4071042560 0000 | Car insurance | | | $300.00 |
| Total | | | | | $300.00 |

### Payments

| Date | Transactions | Memo | Withdrawal | Deposit |
|---|---|---|---|---|
| 11/25/2011 | STATE FARM RO 27 SFPP PPD ***********2115 | | -$286.47 | |
| Total | | | -$286.47 | |

### Other Withdrawals

| Date | Transactions | Memo | Withdrawal | Deposit |
|---|---|---|---|---|
| 11/30/2011 | SERVICE CHARGE W/ONLINE STATEMENT | | -$8.00 | |
| Total | | | -$8.00 | |

Tip: To nickname your accounts, go to Account Services.

| | | |
|---|---|---|
| Debtor | TERRY COSGROVE | Case Number ⇨ 10-21304 |
| | | Month Ending ⇨ NOVEMBER, 2011 |

## UST-31, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS & REQUIRED DOCUMENTATION**
Answer all questions on Pages 1 and 2 of Form UST-30. Attach a completed **UST-31 CONTINUATION SHEET** (this page) for each bank account or other source of disbursements (i.e. trust accounts of attorneys or disbursing agents). Attach to each continuation sheet all relevant supporting documentation including **bank statements** and disbursement detail (listing the date, amount, and payee of each disbursement). Do not include *transfers* between accounts.

Also, if real property was sold, attach a **closing or settlement statement** or a similar **report of sale** (i.e. from an auctioneer) detailing the date, gross sale proceeds, and all expenses of the sale (sales commissions, taxes & fees), payoffs to creditors (both unsecured and secured), and finally, the amount of any remaining funds or net sales proceeds received by the debtor. Include similar documents for sales of other types of assets made outside the ordinary course. If the sole source of disbursements for this reporting period was through escrow or auction, statements of those transactions may be included with this report in lieu of UST-31 CONTINUATION SHEETs.

| Depository (bank) name ⇨ | UNION BANK |
|---|---|
| Account number ⇨ | XXXX 2560 |

1.) Account Holder (select one)
 ☐ Debtor (or Debtor's Subsidiary/Affiliate)
 ☐ Attorney or Disbursing Agent

2.) Identification or purpose of this account (select one):
 ☐ Business account
 ☐ Trust account
 ☒ Personal account (individual or joint case only)
 ☐ Other account (identify)

3.) Account Summary:

| | | |
|---|---|---|
| Beginning cash balance | a. | 1,753.00 |
| Add: *Transfers in* from other debtor account(s) | b. | |
| Deposits to this account | c. | 32,476.83 |
| Total cash available this month | d. | |
| Subtract: *Transfers out* to other debtor account(s) | e. | |
| **Disbursements** from this account (sum of checks written plus cash withdrawals, if any) | f. | 25,368.62 |
| Adjustments, if any (explain) | g. | |
| Ending cash balance | h. | $ 8,861.27 |

4.) Does this CONTINUATION SHEET include:

| | Yes | No |
|---|---|---|
| Monthly bank statement(s) or trust account ledger(s)? | X | |
| A detailed list of disbursements (e.g., check register or disbursement journal)? | | |

UST-31 CONTINUATION SHEET, Number _____ of _____

# ACCOUNT DETAIL

**Account Activity** | Search

**Recent Account Activity for** Tiered Interest-2560

Ledger Balance as of 12/02/2011: $8,861.27 — Interest Paid Last Year: $4.15
Available Balance: $7,694.63 — Interest Paid Year-to-Date: $0.39

**Quick Links**
- Change account nickname
- Print this page
- Turn on full account numbers
- View Overdraft Coverage balance for your account

Tip: Click on a check or deposit amount to view an image of it.

Download account history

Select Period: Last 30 Days | Show by: Category | Save this view

### Pending Transactions

| Date | Transactions | Memo | Withdrawal | Deposit |
|---|---|---|---|---|
| 12/04/2011 | OFFICE MAX | | -$57.80 | |
| 12/04/2011 | #06559 ALBERTSONS | | -$49.70 | |
| 12/03/2011 | CACTUS JACKS PALM DESE | | -$74.35 | |
| 12/03/2011 | BRANCH WITHDRAWAL | | -$700.00 | |
| 12/03/2011 | ARCO PAYPOINT | | -$74.39 | |
| 12/01/2011 | ALASKA AIRLI AS FRLVSG | | -$210.40 | |
| Total | | | -$1,166.64 | |

### Additions

| Date | Transactions | Memo | Withdrawal | Deposit |
|---|---|---|---|---|
| 11/30/2011 | OFFICE DEPOSIT | | | $23,295.64 |
| 11/25/2011 | OFFICE DEPOSIT | | | $1,000.00 |
| 11/21/2011 | INTEREST PAYMENT | | | $0.01 |
| 11/18/2011 | OFFICE DEPOSIT | | | $2,300.00 |
| 11/15/2011 | OFFICE DEPOSIT | | | $3,586.58 |
| 11/07/2011 | OFFICE DEPOSIT | | | $2,294.60 |
| Total | | | | $32,476.83 |

### Checks

| Date | Transactions | Memo | Withdrawal | Deposit |
|---|---|---|---|---|
| 12/02/2011 | Check #2780 | | -$8,685.88 | |
| 12/02/2011 | Check #2775 | | -$3,321.37 | |
| 11/30/2011 | Check #0000 | | -$3,500.00 | |
| 11/28/2011 | Check #2774 | | -$24.50 | |
| 11/23/2011 | Check #2773 | | -$96.00 | |
| 11/23/2011 | Check #2769 | | -$97.00 | |
| 11/22/2011 | Check #2770 | | -$100.00 | |
| 11/16/2011 | Check #2771 | | -$3,341.37 | |
| 11/15/2011 | Check #2772 | | -$206.00 | |
| 11/14/2011 | Check #2768 | | -$193.50 | |
| 11/10/2011 | Check #2767 | | -$1,300.00 | |
| 11/07/2011 | Check #2766 | | -$300.00 | |
| 11/07/2011 | Check #2764 | | -$206.00 | |
| Total | | | -$21,371.62 | |

### Payments

| Date | Transactions | Memo | Withdrawal | Deposit |
|---|---|---|---|---|
| 11/25/2011 | TIME WARNER CABL TWC EFTPMT WEB 0760012140 | | -$245.00 | |
| 11/25/2011 | SO CAL EDISON CO BILL PAYMT WEB 331091876 | | -$400.00 | |
| 11/25/2011 | DIRECTV DIRECTV TEL 2826729 | | -$142.01 | |
| 11/23/2011 | UB CHECKING TRANSFER 111123 0042719419 0101 | Car insurance | -$300.00 | |
| 11/21/2011 | CAPITAL ONE ONLINE PMT WEB 132239919550126 | | -$185.60 | |
| 11/17/2011 | TIME WARNER CABL TWC EFTPMT WEB 0760012140 | | -$126.06 | |
| 11/16/2011 | THE GAS COMPANY PAID SCGC WEB 0371275871 | | -$163.39 | |
| 11/15/2011 | AT&T PAYMENT TEL 826211087NBI | | -$285.26 | |

| Date | Transactions | Memo | Withdrawal | Deposit |
|---|---|---|---|---|
| 11/14/2011 | T-MOBILE IVR PCS SVC TEL 2144345 | | -$200.00 | |
| 11/14/2011 | AMERICAN EXPRESS ELEC REMIT WEB 111111052818332 | | -$100.00 | |
| 11/10/2011 | CAPITAL ONE ONLINE PMT WEB 131339919104858 | | -$113.68 | |
| Total | | | -$2,261.00 | |

**Purchases**

| Date | Transactions | Memo | Withdrawal | Deposit |
|---|---|---|---|---|
| 12/02/2011 | CACTUS JAC 74450 HIGHWAY 1 PALM DESERT CA | | -$19.24 | |
| 11/28/2011 | MIMIS CAFE 79765 HIGHWAY 1 LA QUINTA CA | | -$51.50 | |
| 11/28/2011 | EXXONMOBIL CIRCLE K 0942 PALM DES CA | | -$25.02 | |
| 11/25/2011 | LA BRASSER 78477 HIGHWAY 1 LA QUINTA CA | | -$102.00 | |
| 11/23/2011 | #06559 ALB 74-590 HWY. 111 PALM DESERT CA | | -$99.48 | |
| 11/21/2011 | WALGREENS 44840 MONTEREY PALM DESERT CA | | -$19.90 | |
| 11/21/2011 | CAFE DES B 73640 EL PASEO PALM DESERT CA | | -$66.00 | |
| 11/21/2011 | CACTUS JAC 74450 HIGHWAY 1 PALM DESERT CA | | -$85.04 | |
| 11/14/2011 | VONS. S 78 271 STATE HW LA QUINTA CA | | -$57.72 | |
| 11/14/2011 | MOUNTAIN V 44420 TOWN CE PALM DESERT CA | | -$17.16 | |
| 11/14/2011 | JENSEN'S P 73601 HWY 111 PALM DESERT CA | | -$15.56 | |
| 11/14/2011 | GOOD STUFF 78-383 HWY 111 LA QUINTA CA | | -$36.01 | |
| 11/14/2011 | FRESH AGAV 73325 HWY 111 PALM DESERT CA | | -$85.00 | |
| 11/14/2011 | ARCO PAYPO 73960 HIGHWAY 1 PALM DESERT CA | | -$73.18 | |
| 11/10/2011 | SOUTHERN C 2244 Walnut Gro 800-655-4555 CA | | -$300.00 | |
| 11/10/2011 | JP MORGAN 1 Chase Manhatt 866-330-7329 NY | | -$1.75 | |
| 11/08/2011 | WALGREENS 44840 MONTEREY PALM DESERT CA | | -$85.61 | |
| 11/07/2011 | VONS. S 72675 HIGHWAY 1 PALM DESERT CA | | -$135.61 | |
| 11/07/2011 | PETCO ANIM 72453 HIGHWAY 1 PALM DESERT CA | | -$69.24 | |
| 11/07/2011 | HYATT HOTE ONE MARKET PLAC SAN DIEGO CA | | -$48.00 | |
| 11/07/2011 | CSI-097568 /12431 HEACOC MORENO VALLEY CA | | -$60.00 | |
| Total | | | -$1,463.00 | |

**ATM Withdrawals**

| Date | Transactions | Memo | Withdrawal | Deposit |
|---|---|---|---|---|
| 11/07/2011 | UNION BANK EAST VILLAGE W/ SAN DIEGO CA | | -$200.00 | |
| Total | | | -$200.00 | |

**Other Withdrawals**

| Date | Transactions | Memo | Withdrawal | Deposit |
|---|---|---|---|---|
| 11/21/2011 | SERVICE CHARGE W/ONLINE STATEMENT | | -$17.00 | |
| 11/18/2011 | TOTAL NSF ITEM PAID FEES | | -$30.00 | |
| 11/17/2011 | DEPOSITED ITEM RETURNED FEE | | -$6.00 | |
| 11/17/2011 | DEPOSITED ITEM RETURNED | | -$2,000.00 | |
| Total | | | -$2,053.00 | |

Tip: To nickname your accounts, go to Account Services.

## ACCOUNT DETAIL

**Account Activity** | Search

Recent Account Activity for: Regular Checkin-9419
Ledger Balance as of 12/02/2011: $10.40
Available Balance: $10.40

**Quick Links**
- Change account nickname
- Print this page
- Turn on full account numbers
- View Overdraft Coverage balance for your account

Tip: For account details over 18 months, view online statements.

Download account history

Select Period: Last 30 Days | Show by: Category | Save this view

### Additions

| Date | Transactions | Memo | Withdrawal | Deposit |
|---|---|---|---|---|
| 11/23/2011 | CHECKING TRANSFER 111123 4071042560 0000 | Car insurance | | $300.00 |
| Total | | | | $300.00 |

### Payments

| Date | Transactions | Memo | Withdrawal | Deposit |
|---|---|---|---|---|
| 11/25/2011 | STATE FARM RO 27 SFPP PPD ***********2115 | | -$286.47 | |
| Total | | | -$286.47 | |

### Other Withdrawals

| Date | Transactions | Memo | Withdrawal | Deposit |
|---|---|---|---|---|
| 11/30/2011 | SERVICE CHARGE W/ONLINE STATEMENT | | -$8.00 | |
| Total | | | -$8.00 | |

Tip: To nickname your accounts, go to Account Services.